1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

16

| | |
|---|---|
| J R HAYES & SONS, INC., a Washington Corporation,<br><br>                  Plaintiff,<br><br>     v.<br><br>COLONY INSURANCE COMPANY, a non-admitted insurance company headquartered in Virginia,<br><br>                  Defendant. | No.:<br><br>NOTICE OF REMOVAL OF DEFENDANT COLONY INSURANCE COMPANY |

17

     TO:         J R HAYES & SONS, INC.;

18

     AND TO:    Jack Zahner and Rose McCarty, attorneys for Plaintiff;

19

     AND TO:    Clerk, King County Superior Court.

20

     Under 28 U.S.C. Sections 1332, 1441, and 1446, Defendant Colony Insurance

21

Company removes to this Court the state court action described below. In support of this

22

Notice, Colony states as follows:

23

     1.     On March 15, 2019, Plaintiff J R Hays & Sons, Inc., filed a Complaint in King

24

County Superior Court (*J R Hayes & Sons, Inc. v. Colony Insurance Company,* Case No. 19-

25

2-07462-1 SEA (the state court action)).

26

     2.     On March 15, 2019, J R Hayes served a copy of the Summons and Complaint

NOTICE OF REMOVAL OF DEFENDANT COLONY INSURANCE COMPANY       PAGE 1
NO.: _____

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

1   on the Office of the Insurance Commissioner, who accepted service on behalf of Colony. On

2   March 19, 2019, J R Hayes also served Colony.

3         3.     Under 28 U.S.C. Section 1446(b), Colony timely files this Notice within 30

4   days after service of the Summons and Complaint upon the Washington Insurance

5   Commissioner.

6         4.     In J R Hayes's Complaint, it pleads claims against Colony for violations of the

7   Washington Insurance Fair Conduct Act and the Washington Consumer Protection Act,

8   insurance bad faith, breach of contract, and declaratory judgment. Colony denies any and all

9   liability and damages.

10   **A.**    <u>**Jurisdiction**</u>

11         7.     The state court action may be removed to this Court under 28 U.S.C. Section

12   1441 because this Court has original jurisdiction under 28 U.S.C. Section 1332, based upon

13   the complete diversity of the parties.

14         8.     J R Hayes, upon information and belief, is a Washington corporation with its

15   principal place of business in King County, Washington. Colony is an Virginia corporation

16   with its principle place of business in Richmond, Virginia. Accordingly, there is complete

17   diversity between the parties in satisfaction of 28 U.S.C. Section 1332(a).

18         9.     Colony denies any and all liability for J R Hayes's legal claims. But, the

19   alleged amount in controversy satisfies the $75,000 jurisdictional threshold in 28 U.S.C.

20   Section 1332(a).  Specifically, J R Hayes seeks liability insurance coverage from Colony for

21   third-party claims against J R Hayes and other parties alleging damages exceeding

22   $35,000,000.[1]

23   **B.**    <u>**Venue**</u>

24         10.    Venue is proper in the United States District Court for the Western District of

25

26   [1] *City of Issaquah v. Ora Talus 90, LLC* (Case no. 18-cv-00910 RSM), Dkt. No. 34, ¶ 75.

1  Washington, because it is the district embracing the place where the state court action is

2  pending.[2]

3  **C.      Intradistrict Assignment**

4        11.    Assignment is proper to the Seattle Division because J R Hayes filed the

5  Complaint in King County, Washington.[3]

6  **D.      Procedure After Removal**

7        12.    The process, pleadings, and orders served on Colony in this action include the

8  Summons and Complaint. In accordance with 28 U.S.C. Section 1446(a) and LCR 101, a

9  true and correct copy of the process, pleadings, and orders, as well as all additional records in

10 the state court action, are attached to this Notice.

11       13.    In accordance with 28 U.S.C. Section 1446(d), Colony will file, in King

12 County Superior Court, a Notice to Plaintiff and to the State Court Clerk of Removal to the

13 U.S. District Court.

14       14.    By filing this Notice, Colony does not waive, and expressly reserves, all rights,

15 defenses, and objections of any nature that Colony may have to J R Hayes's legal claims.

16       DATED:  April 12, 2019

17                                    BULLIVANT HOUSER BAILEY PC

18                                    By  /s/ Matthew J. Sekits
19                                        Matthew J. Sekits, WSBA #26175
                                          E-mail:  matthew.sekits@bullivant.com
20
                                      By  /s/ Jayme N. Mori
21                                        Jayme N. Mori, WSBA #50578
                                          E-mail:  jayme.mori@bullivant.com
22
23                                        Attorneys for Defendant Colony Insurance
                                          Company

24  _____

25  [2] 28 U.S.C. § 1441(a); *Polizzi v. Cowles Magazines, Inc.*, 345 U.S. 663, 666, 73 S. Ct. 900, 97 L. Ed.
    1331 (1953).

26  [3] *See* LCR 101(e); LCR 3(d)(1).

NOTICE OF REMOVAL OF DEFENDANT COLONY INSURANCE
COMPANY
NO.: _____

PAGE 3

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 12, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF e-filing system which will send notification of such filing to the persons listed below:

Jack Zahner
Rose McCarty
FOSTER PEPPER PLLC
111 Third Avenue, Suite 3000
Seattle, WA 98101
jack.zahner@foster.com
rose.mccarty@foster.com

☐ via hand delivery.
☐ via first class mail.
☐ via email
☒ CM/ECF Eservice

*Attorneys for Plaintiff*

Dated:  April 12, 2019.

*/s/ Genevieve Schmidt*
Genevieve Schmidt, Legal Assistant

NOTICE OF REMOVAL OF DEFENDANT COLONY INSURANCE
COMPANY
NO.: _____

PAGE 4

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930