THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J R HAYES & SONS, INC., a Washington Corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>COLONY INSURANCE COMPANY, a non-admitted insurance company headquartered in Virginia,<br><br>                Defendant. | No.: 2:19-cv-00555-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE |

## I. **STIPULATION**

Plaintiff J.R. Hayes & Sons, Inc. and Defendant Colony Insurance Company agree that all claims that have been or could have been brought in this case should be dismissed without prejudice and without attorney fees or costs to either party.

IT IS SO ORDERED:

Dated this 16 day of October 2019.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

Stipulation and Proposed Order Presented by:

BULLIVANT HOUSER BAILEY PC


By */s/ Matthew J. Sekits*
    Matthew J. Sekits, WSBA #26175
    E-mail: matthew.sekits@bullivant.com
    Jayme N. Mori, WSBA #50578
    E-mail: jayme.mori@bullivant.com

*Attorneys for Defendant Colony Insurance Company*


FOSTER GARVEY PC


By */s/ Jack Zahner (per email approval)*
    Jack Zahner, WSBA #24505
    E-mail: jack.zahner@foster.com
    Rose McCarty, WSBA #54282
    E-mail: rose.mccarty@foster.com

*Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE     PAGE 2
NO.: 2:19-CV-00555-RSM

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930